UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINALD HARRIS (#132398)
A/K/A REGGIE HARRIS

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO. 12-297-SDD-RLB

## RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 2, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Petitioner's *Motion to Amend or Supplement § 2254 Petition and Hold Petition in Abeyance to Exhaust State Remedies*[3] is DENIED. Further, the Petitioner's application for *habeas corpus* relief is dismissed, in part as barred by procedural default and in part as being without substantive merit.

**IT IS HEREBY ORDERED** that, in the event that the Petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Baton Rouge, Louisiana the 30 day of May, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.
[3] Rec. Doc. 14.